IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD NORCUTT                                                      PETITIONER

vs.              Civil Case No. 5:09CV00401 HLJ

RAY HOBBS,[1] Interim Director,
Arkansas Department of Correction                                   RESPONDENT

### ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's arguments in his Response (DE #6) that the petition should be dismissed because it is untimely under 28 U.S.C. § 2244(d)(1), and Petitioner has not shown he is entitled to equitable tolling or to statutory tolling of the limitations period under § 2244(d)2. Petitioner may also reply to Respondent's argument that the petition should be dismissed as procedurally barred because Petitioner did not properly present his claims to any state court for resolution. Petitioner may reply to any other argument in the Response.

SO ORDERED this 5th day of February, 2010.

*Henry L. Jones, Jr.*
United States Magistrate Judge

---

[1] Substituted for former Director Larry Norris pursuant to Fed.R.Civ.P. 25(d).