IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD EUGENE NORCUTT                                         PETITIONER
ADC #143241

vs.                           Case No. 5:09CV00401 JTK

RAY HOBBS,[1]
Director, Arkansas Department of Correction                 RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, it is CONSIDERED,

ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice.

The relief sought is denied.

SO ADJUDGED this 27th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Substituted for former Director Larry Norris pursuant to Fed. R. Civ. P. 25(d).